02-11-509-CV













 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-11-00509-CV

 

 


 
 
 Corey Thompson
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Amarylis Rosado, Dustin Gould, and
 Gregory Smith
 
 
  
 
 
 APPELLEES
 
 


 

 

------------

 

FROM THE
78th District Court OF Wichita
COUNTY

------------

MEMORANDUM OPINION[1] AND
JUDGMENT

------------

 

Appellant Corey Thompson filed his initial brief on March
2, 2012, and we notified him by letter that same date that his brief did not
comply with rules of appellate procedure 9.4(h) and 38.1(d), (g), (i), and (k).  We directed Thompson to file an amended brief
within ten days and explained that failure to do so may result in striking his
brief and dismissal of the appeal. 
Thompson has not responded to our notice or filed an amended brief.  Accordingly, we strike Thompson’s brief and
dismiss this appeal for want of prosecution. 
See Tex. R. App. P. 38.8(a),
38.9(a), 42.3(b), 42.3(c), 43.2(f).

 

PER CURIAM

 

 

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DELIVERED:  April 12, 2012











[1]See Tex. R. App. P. 47.4.